**Order entered May 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00388-CV

**MUSTAPHA OULAD-CHIKH AND WELLNESS ANALYSIS, LLC,, Appellants**

**V.**

**WADE ROSENBURG, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00058-2018**

## ORDER

Before the Court is appellants' May 14, 2019 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **June 13, 2019**.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE